# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| VOXTUR ANALYTICS CORP., *et al.*[1] | Case No. 25-11996 (JKS) |
| Debtors in a foreign proceeding. | (Jointly Administered) |
| | Re: D.I. 7 |

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING PROVISIONAL RELIEF

The undersigned counsel to the above-captioned foreign representative (the "Foreign Representative") hereby certifies as follows:

1. On November 11, 2025 (the "Petition Date"),[2] the Foreign Representative filed voluntary petitions for relief under chapter 15 of title 11 of the United States Code (the

---

[1] The Debtors in these Chapter 15 Cases, along with the last four digits of their federal tax identification numbers or other unique identifier are: Voxtur Analytics Corp., an Ontario corporation (8993); Appraisers Now Ltd., an Alberta limited company (7171); Appraisers Now US, LLC, a Delaware limited liability company (8411); Blue Water Financial Technologies Holding Company, LLC, a Minnesota limited liability company (6970); Blue Water Financial Technologies Services, LLC, a Minnesota limited liability company (1646); Blue Water Financial Technologies, LLC, a Delaware limited liability company (1901); Clarocity Inc., a Delaware corporation (2105); Commonwealth USA Settlements, LLC, a Pennsylvania limited liability company (6173); iLOOKABOUT (US) Inc., a Delaware corporation (9588); iLOOKABOUT Inc., an Ontario corporation (8046); Legend Title Company, LLC, a Colorado limited liability company (6134); MTAG Paralegal Professional Corporation, an Ontario corporation (7698); MTE Paralegal Professional Corporation, an Ontario corporation (7210); Municipal Tax Equity Consultants Inc., an Ontario corporation (9627); Orange & Blue Holdings 3.0, LLC, a Florida limited liability company (6022); Orange & Blue Holdings 4.0, LLC, a Florida limited liability company (1696); Orange & Blue Holdings 5.0, LLC, a Florida limited liability company (0278); Valuation Vision Inc., a California corporation (5555); Voxtur Analytics US Corp., a Delaware corporation (1392); Voxtur Settlement Services of Alabama, LLC, an Alabama limited liability company (1630); Voxtur Settlement Services of Arkansas, LLC, an Arkansas limited liability company (4979); Voxtur Settlement Services, LLC, a Florida limited liability company (9303); Voxtur Technologies US, Inc., a Delaware corporation (2142); Voxtur Title Agency, LLC, a Delaware limited liability company (1965); and Voxtur Valuation, LLC, a Kansas limited liability company (8633). The Foreign Representative's mailing address is: 543 Ridout Street North, London, Ontario, N6A 2P8.

[2] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

"Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On the Petition Date, the Foreign Representative filed the *Motion for Provisional Relief Including Authority to Obtain Post-Petition Financing and Use Cash Collateral* (the "Motion") [D.I. 7], which included a proposed form of order (the "Proposed Order").

3. At the first day hearing held on November 13, 2025, the Court granted the relief requested with certain modifications to the Proposed Order.

4. Accordingly, the Foreign Representative has revised the form of order granting the relief requested in the Motion (the "Revised Proposed Order"), attached hereto as **Exhibit A**. The Revised Proposed Order has been shared with the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") and the U.S. Trustee has no objection to entry of the Revised Proposed Order.

5. A redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.

6. WHEREFORE, the Foreign Representative requests entry of the Revised Proposed Order attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: November 13, 2025<br>Wilmington, Delaware | **BALLARD SPAHR LLP**<br><br>By: */s/ Laurel D. Roglen*<br>Laurel D. Roglen, Esq. (DE No. 5759)<br>James B. Zack, Esq. (*Pro Hac Vice* Pending)<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>E-mail: roglenl@ballardspahr.com<br>E-mail: zackj@ballardspahr.com<br><br>*Counsel for the Foreign Representative* |